IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

|  |  |
|---|---|
| ROBERT L. BACKMAN, | Cause No. CV 26-22-BU-DWM |
| Plaintiff, |  |
| vs. | ORDER |
| GALLATIN COUNTY DETENTION CENTER, ET AL., |  |
| Defendants. |  |

Plaintiff Robert L. Backman filed a 42 U.S.C. § 1983 Complaint alleging violations of his constitutional rights. (Doc. 2.) The Complaint failed to state a claim upon which relief could be granted, but Backman was allowed to amend. (Doc. 3.) Backman filed an amended complaint. (Doc. 4.) The Amended Complaint is dismissed.

The Court's previous Order explained to Backman the deficiencies in his Complaint and is incorporated here by reference. (Doc. 3.) Backman's Amended Complaint failed to remedy those deficiencies. Backman repeats, almost verbatim, his original claims that his mail was not logged into the prison's computer system, but he does not respond to Court's prior analysis. He does not allege who, specifically, did what regarding his mail, nor what injury he suffered because his mail was not properly logged. Backman's Amended Complaint fails to state a

1

claim upon which relief can be granted. The Amended Complaint is dismissed.

Accordingly, it is HEREBY ORDERED:

1.     Backman's Amended Complaint is DISMISSED for failure to state a claim. The Clerk of Court is directed to enter judgment and close the case. All pending motions are DENIED as moot.

2.     The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

DATED this 30th day of April, 2026.

_____
Donald W. Molloy, District Judge
United States District Court

2